# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SENIOR HOUSING MANAGERS, LLC, an Oregon limited liability company;<br><br>    Plaintiff,<br><br>vs.<br><br>HIGHWAY 2 DEVELOPMENT, LLC, a Nebraska limited liability company;<br><br>    Defendant. | 4:18CV3167<br><br>AMENDED FINAL PROGRESSION ORDER |

This matter is before the Court on the parties' Stipulated Motion to Amend Progression Order. ([Filing No. 37](#).) The motion is granted. Accordingly,

IT IS ORDERED that the that the provisions of the Court's earlier final progression order remain in effect, and in addition to those provisions, the following shall apply:

1) The trial and pretrial conference are canceled and will not be reset at this time. A telephonic conference to discuss the status of case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **June 17, 2020 at 3:00 p.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is **February 19, 2020**. Motions to compel discovery under Rules 33, 34, and 36 must be filed by **February 29, 2020**

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

    | | |
    |---|---|
    | For the plaintiff(s): | **April 30, 2020** |
    | For the defendant(s): | **April 30, 2020** |
    | Rebuttal: | **May 14, 2020** |

4) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts,

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

|  |  |
|---|---|
| For the plaintiff(s): | **April 30, 2020** |
| For the defendant(s): | **April 30, 2020** |
| Rebuttal: | **May 14, 2020** |

5) The fact deposition deadline is **June 15, 2020**.

    a. Depositions will be limited by Rule 30(d)(1).

6) The deadline for filing motions to dismiss and motions for summary judgment is **June 26, 2020**.

7) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **July 17, 2020**.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 4th day of November, 2019.

                                            BY THE COURT:

                                            s/ Susan M. Bazis
                                            United States Magistrate Judge